

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR 224·BEN |
| Plaintiff, | ) ) ) | I N F O R M A T I O N |
| v. | ) ) | Title 8, U.S.C., Secs. 1324(a)(1)(A)(ii) and |
| LUIS CAMARGO-LOPEZ, | ) ) ) | (v)(II) - Transportation of Illegal Aliens and Aiding and |
| Defendant. | ) ) | Abetting |

The United States Attorney charges:

On or about January 18, 2008, within the Southern District of California, defendant LUIS CAMARGO-LOPEZ, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Dario Chavez-Serezo, had come to, entered and remained in the United States in violation of law, did transport and move, said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

DATED: February 5, 2008 .

KAREN P. HEWITT
United States Attorney

W. MARK CONOVER
Assistant U.S. Attorney

WMC:jam:Imperial
2/5/08