# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,   )
)
        Plaintiff        )
)
vs.                )
)
Luis Romero-Lopez    )
)
        Defendant(s)    )
)

CRIMINAL NO. 08mJ8044

ORDER

RELEASING MATERIAL WITNESS

Booking No. 881 572

On order of the United States District/Magistrate Judge,   **PETER C. LEWIS**

IT IS HEREBY ORDERED that the following named person heretofore

committed to the custody of the United States Marshal as a material witness be

released from custody:   (Bond Posted / Case Disposed / Order of Court).

Dario Chavez-Serezo
05882-298
@ ICJ

DATED: 2/5/08

**PETER C. LEWIS**

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
          DUSM

OR

W. SAMUEL HAMRICK, JR.   Clerk

by Serena Alvarez Romero

Deputy Clerk

☆ U.S. GPO: 2003-581-774/70082