MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

U.S.A. vs **Luis Camargo-Lopez**     No. **08CR0224-BEN**

The Court finds excludable delay, under the section indicated by check ( ✓ ),
commenced on __2/21/08__ and ended on __5/19/08__ ; ( )
_____ and ended on _____ . ( )

**3161(h)**

- ___ (1)(A)  Exam or hrg for **mental or physical incapacity**     A
- ___ (1)(B)  **NARA examination** (28:2902)     B
- ___ (1)(D)  State or Federal trials or **other charges pending**     C
- ___ (1)(E)  **Interlocutory appeals**     D
- ___ (1)(F)  **Pretrial motions** (from flg to hrg or other prompt dispo)     E
- ___ (1)(G)  **Transfers from other district** (per FRCrP 20, 21 & 40)     F
- ___ (1)(J)  **Proceedings under advisement** not to exceed thirty days     G
- ___        Misc proc: Parole or prob rev, deportation, **extradition**     H
- ___ (1)(H)  **Transportation** from another district or to/from examination or hospitalization in ten days or less     6
- _X_ (1)(I)  Consideration by Court of **proposed plea agreement**     (7)
- ___ (2)    **Prosecution deferred** by mutual agreement     I
- ___ (3)(A)(B)  **Unavailability of defendant** or **essential witness**     M
- ___ (4)    Period of **mental or physical incompetence** of defendant to stand trial     N
- ___ (5)    Period of **NARA commitment or treatment**     O
- ___ (6)    **Superseding indictment** and/or new charges     P
- ___ (7)    **Defendant awaiting trial of co-defendant** when no severance has been granted     R
- ___ (8)(A)(B)  **Continuances** granted per (h)(8)-use "T" alone if more than one of the reasons below are given in support of continuance     T
- _X_ (8)(B)(I)  1) Failure to grant a **continuance** in the proceeding would result in a **miscarriage of justice** and the ends of justice outweigh the best interest of the public and the defendant in a speedy trial. **(Continuance - miscarriage of justice)**  2) Failure to grant a **continuance** of the trial would result in a miscarriage of justice as the defendant has tendered a guilty plea to a magistrate judge and is awaiting a determination as to whether the plea will be accepted. **(Continuance - tendered a guilty plea)**     (T1)
- ___ (8)(B)(ii)  2) **Case unusual or complex**     T2
- ___ (8)(B)(iii) 3) **Indictment** following arrest **cannot be filed** in thirty (30) days     T3
- ___ (8)(B)(iv)  4) **Continuance** granted in order to obtain or substitute counsel, or give reasonable time to prepare **(Continuance re counsel)**     T4
- ___ 3161(I)  Time up to **withdrawal of guilty plea**     U
- ___ 3161(b)  **Grand jury indictment time extended** thirty (30) more days     W

Date __2/21/08__            _____ Judge's Initials